# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANGELO CHARLES GIANDELONE,
SR.

NO. 2019 KW 1106

**NOV 1 2 2019**

In Re:     Angelo   Charles   Giandelone,   Sr.,   applying   for
supervisory   writs,   16th   Judicial   District   Court,
Parish of St. Mary, No. 17-200283.

**BEFORE:     WHIPPLE, C.J., GUIDRY AND CRAIN, JJ.**

   **WRIT DENIED.**

                    **VGW**
                    **JMG**
                    **WJC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT